# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Bethany Lynn Jameson,<br><br>Defendant. | No. CR-24-01068-001-PHX-DWL<br><br>**ORDER** |

Upon review of Defendant's Motion for Substitution of Counsel (Doc. 33), and good cause appearing,

IT IS ORDERED granting Defendant's Motion.

IT IS FURTHER ORDERED substituting Jason D. Lamm in place of Adam Zickerman as counsel of record in this matter effective immediately.

Dated this 27th day of January, 2026.

Dominic W. Lanza
United States District Judge